IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SLADE SHIPPING, INC. d/b/a § <br> SLADE GLOBAL, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> NEX VENTURE, et al., § <br>     Defendants. § | Civil Action No. 4:25-cv-04178 |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff Slade Shipping, Inc. d/b/a Slade Global hereby certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

**PLAINTIFF:**

    1. Slade Shipping, Inc. d/b/a Slade Global (a Texas corporation)

    2. Robert J. Peska (sole shareholder of Slade Shipping, Inc.)

**DEFENDANTS:**

    1. Nex Venture (Singapore business entity)

    2. Slade Shipping Far East Pte. Ltd. (Singapore entity)

    3. Slade Holding B.V. (Netherlands entity)

    4. Renascence Asia Pacific Pte. Ltd. (Singapore entity)

    5. Glyn Vince (individual, Singapore resident)

    6. Erik Brongers (individual, Texas/Netherlands resident)

    7. Brongers' Shipping Co. LLC (Texas/Netherlands entity)

    8. Jessica Thanavastien (individual, Texas resident)

    9. John Does 1-10 (identities unknown)

    10. The Domain Name SLADEGLOBAL.COM (Defendant *in rem*)

**OTHER INTERESTED PARTIES:**

    1. DNC Holdings, Inc. d/b/a DirectNIC (domain registrar, Louisiana)

    2. Peeta Logistics LLC (competing entity formed by Defendant Thanavastien)

No publicly traded corporation is known to have a financial interest in this litigation.

    Plaintiff will promptly file an amended certificate if additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this case.

Dated: December 30, 2025

    Respectfully submitted,

    **HENDERSHOT COWART P.C.**

    */s/ Philip D. Racusin*
    SIMON W. HENDERSHOT, III
    State Bar No. 09417200
    trey@hchlawyers.com
    Philip D. Racusin
    State Bar No. 24054267
    pracusin@hchlawyers.com
    1800 Bering Drive, Suite 600
    Houston, Texas 77057
    Telephone: (713) 783-3110
    Facsimile: (713) 783-2809

    ***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF system. No Defendants have yet appeared in this action; therefore, no service upon Defendants was made by this electronic filing.

*/s/ Philip D. Racusin*
Philip D. Racusin

4924-9272-3845, v. 2