IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SLADE SHIPPING, INC. d/b/a** | § | |
| **SLADE GLOBAL,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-04178 |
| | § | |
| **NEX VENTURE, et al.,** | § | |
|     Defendants. | § | |

**[PROPOSED]**

**<u>SCHEDULING ORDER</u>**

*[**NOTE TO THE COURT:** This Proposed Scheduling Order is submitted with blank dates because no Defendant has been served or has appeared in this action, and no Rule 26(f) conference has occurred. Plaintiff respectfully requests that the Court defer entry of this Scheduling Order until Defendants have appeared and the parties have conferred pursuant to Rule 26(f). Plaintiff will submit a revised proposed scheduling order with agreed dates following the Rule 26(f) conference.]*

1. _____ **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. _____ **EXPERTS**
   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. _____ Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3._____  **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4._____  **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. <u>To be determined by the Court</u>.  THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. <u>To be determined by the Court</u>.  THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. <u>To be determined by the Court</u>.  **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. <u>To be determined by the Court</u>.  **TRIAL** is set at 9:00 a.m. in Courtroom 9A. Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge