UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Slade Shipping Inc.

v.                                              Case Number: 4:25−cv−04178

Nex Venture, et al.

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/6/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 5, 2026

                                                        Nathan Ochsner, Clerk