**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SLADE SHIPPING, INC. d/b/a SLADE GLOBAL,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 4:25-cv-04178** |
| **v.** | § § § | |
| **NEX VENTURE; SLADE SHIPPING FAR EAST PTE. LTD.; SLADE HOLDINGS B.V.; RENASCENCE ASIA PACIFIC PTE. LTD.; GLYN VINCE; and JESSICA THANAVASTIEN,** | § § § § § § § | |
| **Defendants.** | § § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Before the Court is the Motion to Withdraw as Counsel (the "Motion") filed by Simon W. Hendershot, III, Philip D. Racusin, and the law firm of Hendershot Cowart P.C. (collectively, "Withdrawing Counsel"). The Court, having considered the Motion, any response thereto, the applicable law, and the record in this case, finds that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Withdraw as Counsel is GRANTED.

2. Simon W. Hendershot, III, Philip D. Racusin, and the law firm of Hendershot Cowart P.C. are HEREBY WITHDRAWN as counsel of record for Plaintiff Slade Shipping, Inc. d/b/a Slade Global ("Plaintiff") in this action and have no further obligations as to this matter or Plaintiff.

3. The Clerk of Court is directed to terminate all electronic notices to Withdrawing Counsel in this action.

4.    Plaintiff shall have sixty (60) days from the date of this Order, until

_____, 2026, to retain new counsel. New counsel shall file an

appearance in this case no later than that date.

5.    Until new counsel enters an appearance, all notices, orders, or other documents in this

action shall be served on Plaintiff at the following address:

> Slade Shipping, Inc. d/b/a Slade Global
> Attn: Robert Peska, President; Beau Peska
> 1428 N Sam Houston Parkway E, Suite 190
> Houston, Texas 77450

6.    The withdrawal of counsel does not affect any deadlines or obligations of Plaintiff in this

case. Plaintiff is advised that it remains bound by all deadlines and orders of this Court.

7.    Nothing in this Order relieves Plaintiff of its obligation to appear at any future court

proceedings or to comply with any deadlines set by this Court or applicable procedural rules.

8.    Plaintiff is hereby notified that a corporation may appear and be represented only by

licensed counsel. A corporate entity may not appear pro se or be represented by its officers or

employees. Failure to retain counsel and have such counsel enter an appearance could result in the

possible dismissal of this action.

9.    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the address

provided in paragraph 5 of this Order.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE