United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Slade Shipping, Inc., | § § § | |
| *Plaintiff,* | § § | Case No. 4:25-cv-04178 |
| v. | § § § | |
| Nex Venture, et al. | § § § | |
| *Defendants.* | § § | |

## ORDER ON MOTION TO WITHDRAW

Attorneys Simon W. Hendershot, III and Philip D. Racusin, together with their law firm, Hendershot Cowart P.C., filed a motion to withdraw as counsel for Plaintiff Slade Shipping, Inc. Dkt. 13. The motion explains that Plaintiff's failure to pay fees for legal services and failure to maintain communication with counsel provides good cause for counsel's withdrawal. *See id.* at 2 (citing Tex. Discipl. R. Prof'l Conduct 1.15(b). Counsel requests that the Court grant Plaintiff sixty days to retain new counsel. *Id.* at 6.

Counsel correctly observes that a corporate entity like Slade Shipping, Inc. cannot appear *pro se. See Precision Builders, Inc. v. Olympic Grp., L.L.C.,* 642 F. App'x 395, 397 (5th Cir. 2016) ("[B]usiness associations may appear in federal court only through a licensed attorney."). Counsel's motion suggests that Plaintiff was warned of this restriction, given counsel's representation

that they sent Plaintiff a copy of their motion to withdraw. *See id.* at 5-6.

Nevertheless, given the grave consequences of lacking counsel, the Court deems it premature to grant counsel's request to withdraw. It is not clear whether counsel has explicitly warned Plaintiff that its failure to respond to the motion could result in a Court order authorizing counsel's withdrawal and that Plaintiff's failure to promptly obtain new counsel could result in the dismissal of their claims.

It is therefore **ORDERED** that the parties—including a representative of Plaintiff Slade Shipping, Inc.—must appear for a hearing on the motion on **May 19, 2026 at 10:00 a.m. by Zoom**.

Counsel must send a copy of this Order to Plaintiff. **Plaintiff's representative must attend the hearing alongside counsel**. Failure of Plaintiff's representative to attend the hearing, as ordered, would not only be taken as non-opposition to counsel's withdrawal but could ultimately lead to the dismissal of Plaintiff's claims.

Signed on May 11, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge