United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Slade Shipping, Inc. d/b/a Slade Global, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 4:25-cv-04178 |
| v. | § § § | |
| Nex Venture, et al., | § § | |
| *Defendants*. | § § § | |

## MEMORANDUM AND RECOMMENDATION

On May 19, 2026, this Court granted a motion to withdraw filed by attorneys for Plaintiff Slade Shipping, Inc. because Plaintiff failed to communicate with them and pay their fees. Dkt. 16 at 1-2. In the same order, this Court noted that it had explicitly warned Plaintiff's representative about the necessity of retaining counsel because Plaintiff cannot appear *pro se*. *Id.* at 1. In addition, the Court noted that the deadline for serving the defendants had expired five months ago, without any attempt to serve them. *Id.* at 2. The Court nevertheless gave Plaintiff "**one last chance** to meet its service obligations," ordered Plaintiff to "retain counsel immediately ***and*** file proof of proper service on all defendants by June 26, 2026," and warned that failure to meet that deadline "**will result in dismissal of all claims**." *Id.* at 2.

Plaintiff failed to heed the Court's warning. The June 26, 2026 deadline passed without Plaintiff taking action. No counsel has appeared for Plaintiff. Nor has Plaintiff filed proof that any of the six named defendants was served.

Because Plaintiff has wholly failed to effectuate service, retain counsel, and comply with this Court's directives, it is **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016) (citing Fed. R. Civ. P. 41(b) for principle that "a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with court orders").

It is further **ORDERED** that the initial conference scheduled for July 24, 2026 (Dkt. 18) is **CANCELED**.

**The parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error.** *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).

Signed on June 30, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge

2