United States District Court
Southern District of Texas

**ENTERED**

July 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SLADE SHIPPING INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04178 |
| | § | |
| NEX VENTURE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 30, 2026. Doc. #19. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts Judge Ho's Memorandum and Recommendation (Doc. #19) in its entirety.

Accordingly, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for want of prosecution and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b). The Clerk is DIRECTED to close this case.

It is so ORDERED.

_____JUL 2 4 2026_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge